

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| KIMBERLY HAMPTON, | § | No. 08-23-00343-CV |
|---|---|---|
| Appellant, | § | Appeal from the |
| v. | § | 65th Judicial District Court |
| | § | |
| AARON HELTON, JR. | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2023DCM4326) |
| | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellee recover from Appellant all costs of appeal, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 29TH DAY OF AUGUST 2024.

GINA M. PALAFOX, Justice

Before Alley, C.J., Palafox, and Soto, JJ.